UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          ORDER

    v.                                          03-CR-929 (NGG)

VINCENT BASCIANO,

        Defendant.
-----------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

      Defense counsel submitted a letter to the court dated August 12, 2007, requesting a post-trial conference to discuss a letter sent to defense counsel by an individual purporting to be a juror who deliberated at trial. The Government has responded in a letter to the court dated August 14, 2007. The court has reviewed both parties' submissions, and at this time finds that there is no reason to schedule a conference. The defense may include in its post-trial motions any argument it may wish to make with respect to this issue, and a post-trial status conference may be scheduled after the motion has been fully briefed, if the court finds it necessary.

SO ORDERED.

                                                    /s/ Nicholas G. Garaufis
Dated: August 27, 2007                        Nicholas G. Garaufis
Brooklyn, N.Y.                            United States District Judge