UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

**MEMORANDUM & ORDER**

v.

03-CR-929 (NGG)
05-CR-060 (NGG)

VINCENT BASCIANO,

        Defendant.

-----------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

        Donald D. duBoulay is hereby appointed to represent Marco Santomaggio

("Santomaggio") pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, with respect to the

Attorney General's authorization, pursuant to 18 U.S.C. § 3521(b)(1)(G), for Santomaggio to

disclose to the court and the Government in camera the names of certain witnesses identified in

earlier Santomaggio affidavits only as "WI-1" and "WI-2." (See Government's January 23, 2008

letter to the court (Docket Entry # 1035, Case No. 03-929).)

SO ORDERED.

/signed/

Dated: February 15, 2008
      Brooklyn, N.Y.

NICHOLAS G. GARAUFIS
United States District Judge

1