Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

__EASTERN__ District of __NEW YORK__

UNITED STATES V.

Docket No.: __03CR929__

VINCENT BASCIANO

__JUDGE NICHOLAS G. GARAUFIS__
(District Court Judge)

Notice is hereby given that __Defendant__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ] other [X] __ORDER DENYING THE RULE 33 MOTION__
(specify)

entered in this action on _____ (date).

Offense occurred after November 1, 1987    Yes [X]    No [ ]

Date __8/30/2010__

__RANDALL UNGER__
(Counsel for Appellant)
Address __42-40 BELL BLVD.__

__SUITE 302__

__BAYSIDE, NY 11361__

ADD ADDITIONAL PAGE IF NECESSARY    Telephone Number __(718) 279-4500__

### TO BE COMPLETED BY ATTORNEY — TRANSCRIPT INFORMATION - FORM B

**QUESTIONNAIRE**

[ ] I am ordering a transcript
[X] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

**TRANSCRIPT ORDER** — DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

Prepare transcript of        Dates
[ ] Prepare proceedings ____
[ ] Trial ____
[ ] Sentencing ____
[ ] Post-trial proceedings ____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment: [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _Randall Unger_    DATE 8/30/2010

**COURT REPORTER ACKNOWLEDGMENT** — TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02