**Local Criminal Notice of Appeal Form.**

# NOTICE OF APPEAL
## United States District Court

\_\_\_\_Eastern\_\_\_\_ District of \_\_\_\_New York\_\_\_\_

\_\_\_\_USA\_\_\_\_

Docket No.: \_\_\_\_03 Cr. 929 (NGG)\_\_\_\_

v.

\_\_\_\_Vincent Basciano\_\_\_\_          \_\_\_\_Nicholas G. Garaufis\_\_\_\_
                                         (District Court Judge)

Notice is hereby given that \_\_\_Vincent Basciano\_\_\_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [\_\_\_] other [\_\_X\_\_] \_\_\_Order denying Defendant-Appellant's motion for new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure\_\_\_ (specify) entered in this action on \_\_\_August 19, 2010\_\_\_ (date).

Offense occurred after November 1, 1987       Yes [ X ]     No [\_\_\_]

Date \_\_\_August 29, 2009\_\_\_         \_\_\_Michael K. Bachrach, Esq.\_\_\_
                                          (Counsel for Appellant)
                              Address  \_\_\_276 Fifth Avenue, Suite 501\_\_\_

                                       \_\_\_New York, NY 10001\_\_\_

**ADD ADDITIONAL PAGE IF NECESSARY**    Telephone Number \_\_\_(212) 929-0592\_\_\_

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| **QUESTIONNAIRE** | **TRANSCRIPT ORDER**   DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [\_\_\_] I am ordering a transcript<br>[\_X\_] I am not ordering a transcript<br>  Reason:<br>  [\_X\_] Daily copy is available<br>  [\_\_\_] U.S. Attorney has placed order<br>  [\_\_\_] Other. Attach explanation | Prepare transcript of          Dates<br>[\_\_\_] Prepare proceedings_____<br>[\_\_\_] Trial_____<br>[\_\_\_] Sentencing _____<br>[\_\_\_] Post-trial proceedings_____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment:    [\_\_\_]    Funds [\_\_\_]    CJA Form 24 [\_\_\_]

| **ATTORNEY'S SIGNATURE**   /S/ Michael K. Bachrach | **DATE**   August 29, 2010 |
|---|---|
| COURT REPORTER ACKNOWLEDGMENT | TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals |
| Date order received           Estimated completion date | Estimated number of pages |
|                  Date _____ | Signature_____<br>(Court Reporter) |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).          4.  U.S. Court of Appeals
2. Copy U.S. Attorney's Office.                              5.  Court Reporter (District Court)
3. Copy to Defendant's Attorney

USCA-2
FORM A Rev. 10-02