FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 07 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

VINCENT BASCIANO,

                                          Defendant.
------------------------------------------------------------------X

**ORDER**

**05-CR-060 (NGG)**
**03-CR-929 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

The court has received a letter from Defendant Vincent Basciano dated July 30, 2011.

(Def. Letter, 05-CR-060 (Docket Entry # 1325); 03-CR-929 (Docket Entry # 1173).) Basciano

requests that the court appoint counsel and an investigator to assist in preparing a 28 U.S.C. §

2255 petition in case number 03-CR-929. Basciano also requests an order providing discovery,

compelling George Goltzer, his attorney in case number 05-CR-060, to "fully disclose" the

contents of any conversation Mr. Goltzer had with Reggie White's attorney. (Def. Letter at 7.)

All requests are DENIED without prejudice as premature.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
       September 7 , 2011

NICHOLAS G. GARAUFIS
United States District Judge